**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JEAN PROPHETE,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No. 3:26-cv-01692-O-BT** |
| | § | |
| **CREDENCE RESOURCE** | § | |
| **MANAGEMENT LLC,** | § | |
| **Defendant.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 8). No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Complaint (ECF No. 1-1) is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. FED. R. CIV. P. 41(b).

**SO ORDERED** on this **23rd day** of **October, 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE